# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>CELESTE M. REINHARDT,<br><br>        Defendant/Judgment Debtor,<br><br>and<br><br>LIBERTY NATIONAL LIFE INSURANCE COMPANY,<br><br>        Garnishee. | NO. MC18-5009BHS<br><br>(3:11-CR-05251-1)<br><br>**Order to Issue a Writ of Continuing Garnishment** |

THIS MATTER having come before this Court upon the United States of America's Application for a Writ of Continuing Garnishment of property due and owing to the Defendant/Judgment Debtor, Celeste M. Reinhardt, from Liberty National Life Insurance Company, the Garnishee, and the Court having reviewed the pleadings herein, it is hereby

ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Liberty National Life Insurance Company, whose address is Liberty National Life Insurance Company, Attn: Legal Department, 3700 S Stonebridge Drive, McKinney, TX 75070.

DATED this 16 day of May, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

_____
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-4067
E-mail: kyle.forsyth@usdoj.gov

ORDER TO ISSUE A WRIT OF CONTINUING
GARNISHMENT

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970