The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | NO. 3:18-MC-05009-BHS |
|---|---|
| Plaintiff, | (3:11-CR-05251-BHS-1) |
| v. | **Continuing Garnishee Order** |
| CELESTE M. REINHARDT, | |
| Defendant/Judgment Debtor, | |
| and | |
| LIBERTY NATIONAL LIFE INSURANCE COMPANY, | |
| Garnishee. | |

A Writ of Continuing Garnishment, directed to Garnishee, Celeste M. Reinhardt (Ms. Reinhardt), has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee Liberty National Life Insurance Company filed an Answer on June 4, 2018, stating that at the time of the service of the Writ, it had in its possession, custody, or control, Whole Life insurance policies, ending in 7311, 2921, 8738, and 3519, with cash surrender values of $30,724.50, $9,910.50, $8,662.50, and $7,433.50, respectively, in all of which Ms. Reinhardt is the named insured and owner.

[PROPOSED] CONTINUING GARNISHEE ORDER (*USA v. Celeste M. Reinhardt & Liberty National Life Insurance Company, Court Nos.* 3:11-CR-05251-BHS-1 / 3:18-MC-05009-BHS) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

After notification of the garnishment proceeding was mailed to the parties on or about May 18, 2018, Ms. Reinhardt has not requested a hearing to determine exempt property as of this date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, Liberty National Life Insurance Company, shall pay to the United States District Court for the Western District of Washington, the entire amount (less federal tax withholdings paid to the Internal Revenue Service, if any) of non-exempt property from any and all accounts, including the four Whole Life insurance policies with cash surrender values, in the Garnishee's possession, custody, or control, in which the Defendant maintains an interest and meets the requirements to withdraw, or become eligible to withdraw, but such amount shall not exceed the amount necessary to pay Ms. Reinhardt's restitution balance in full;

That the Garnishee shall continue said payments, if any, until Defendant/Judgment Debtor Reinhardt's debt is paid in full or until the Garnishee no longer has possession, custody, or control of any funds due and owing to the Defendant/Judgment Debtor or until further order of this Court. This includes all monies required to be previously withheld by the Garnishee, in accordance with the Writ of Continuing Garnishment;

That such payments shall be applied to Defendant/Judgment Debtor Reinhardt's outstanding restitution obligation, by the United States District Court for the Western District of Washington; and

[PROPOSED] CONTINUING GARNISHEE ORDER (*USA v. Celeste M. Reinhardt & Liberty National Life Insurance Company*, Court Nos. 3:11-CR-05251-BHS-1 / 3:18-MC-05009-BHS) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

1       That the payment shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 3:11-CR-05251-BHS-1 and 3:18-MC-05009-BHS, and to deliver such payment either personally or by First Class Mail to:

>United States District Court, Western District of Washington
>Attn: Financial Clerk – Lobby Level
>700 Stewart Street
>Seattle, Washington 98101

DATED this _26_ day of _July_, 2018.

_____
BENJAMIN H. SETTLE
United States District Court Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney

[PROPOSED] CONTINUING GARNISHEE ORDER (*USA v. Celeste M. Reinhardt & Liberty National Life Insurance Company*, Court Nos. 3:11-CR-05251-BHS-1 / 3:18-MC-05009-BHS) - 3

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970