**The Honorable Benjamin H. Settle**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>　　　　Plaintiff, <br><br>　vs. <br><br>CELESTE REINHARDT, <br><br>　　Defendant/Judgment Debtor, <br><br>　and <br><br>LIBERTY NATIONAL LIFE INSURANCE COMPANY, <br><br>　　　　Garnishee. | NO.  3:18-MC-05009-BHS <br><br>(3:11-CR-05251-1) <br><br>**Order Terminating Garnishment Proceeding** |

　　This matter came before the Court on the United States' Application to Terminate Garnishment Proceeding.  For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated, pursuant to 28 U.S.C. § 3205(c)(10)(B).

ORDER TERMINATING GARNISHMENT PROCEEDING
(*USA v. Celeste Reinhardt and Liberty National Life Insurance Company,* USDC#: 3:18-MC-05009-BHS/3:11-CR-05251-1) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

IT IS ORDERED that the garnishment is terminated and that Liberty National Life Insurance Company is relieved of further responsibility pursuant to this garnishment.

DATED this 16th day of April, 2019.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/ Kyle A. Forsyth
_____
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

**ORDER TERMINATING GARNISHMENT PROCEEDING**
(*USA v. Celeste Reinhardt and Liberty National Life Insurance Company,* **USDC#: 3:18-MC-05009-BHS/3:11-CR-05251-1) - 2**

**UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970**